**Fill in this information to identify the case:**

Debtor 1  Carolyn Sue Arment

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Missouri

Case number  14-50265-btf13

Official Form 410S1
## Notice of Mortgage Payment Change   12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae")

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 7 2 6 9

**Date of payment change:**
Must be at least 21 days after date of this notice      10/01/2018

**New total payment:**   $ 365.96
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ 99.71        New escrow payment:  $ 103.34

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____     New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (Court approval may be required before the payment change can take effect.)

   Reason for change: _____

   Current mortgage payment: $ _____      New mortgage payment: $ _____

Official Form 410S1                Notice of Mortgage Payment Change                page 1

| Debtor 1 | Carolyn Sue Arment | Case number (*if known*) | 14-50265-btf13 |
|---|---|---|---|
| | First Name　Middle Name　Last Name | | |

## Part 4:　Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Dustin Stiles
Signature

Date　08/29/2018

Print:　Dustin Stiles
First Name　Middle Name　Last Name

Title　Attorney for Creditor

Company　Kozeny and McCubbin, L.C.

Address　12400 Olive Blvd., Ste. 555
Number　Street

St. Louis　　MO　63141
City　　State　ZIP Code

Contact phone　(314) 991-0255

Email　wdmo@km-law.com

---

To the extent any prior interest rate adjustments under the terms of the loan documents or prior escrow adjustments were not noticed in this Court pursuant to Bankruptcy Rule 3002.1 after December 1, 2011 or the Petition Date (whichever is later), Seterus, Inc will refund or credit the debtor, as appropriate, to give the debtor the benefit of any lower payment amount as provided under the loan documents, escrow analysis, or a notice previously filed with this Court pursuant to Bankruptcy Rule 3002.1. This does not constitute a modification of the payment obligations under the terms of the promissory note, mortgage, or other loan documents.

# seterus

**Representation Of Printed Document**

PO Box 1077
Hartford, CT 06143-1077

**Business Hours (Pacific Time)**
Monday-Thursday 7 a.m. to 7 p.m.
Friday 5 a.m. to 6 p.m.
**Phone** 866.570.5277

CAROLYN S ARMENT
c/o TODD W. GRIFFEE
3500 VILLAGE DR STE 234
SAINT JOSEPH MO  64506-4979

## ESCROW ACCOUNT STATEMENT

| | Analysis Date: | 07/26/18 |
| | Loan Number: | |
| | **Current Payment** | **New Payment Effective 10/01/18** |
| Principal and Interest | $262.62 | Principal and Interest* | $262.62 |
| Escrow | $107.61 | Escrow | $103.20 |
| | | Escrow Shortage or Deficiency | $0.14 |
| Total Current Payment | $370.23 | Total NEW Payment* | $365.96 |

\* The principal and interest payments reflect the contractual amount due under the note, which can be modified with a mutually agreed upon payment plan. In addition, the new principal and interest payment and the total new payment may not reflect any changes due to interest rate adjustments. You will receive a separate notice for interest rate adjustments.

## NEW MORTGAGE PAYMENT NOTICE AND ESCROW ACCOUNT DISCLOSURE STATEMENT

Seterus, Inc. is the servicer of the above referenced loan. In accordance with federal guidelines, your escrow account is reviewed at least once a year to determine if sufficient funds are available to pay your taxes and/or insurance. Your escrow payment will be a minimum of the total anticipated disbursements divided by the number of scheduled installments due in the next 12 months. This payment will increase if you have a post-petition shortage and/or deficiency. This statement provides a history of actual escrow account activity and a projection of the escrow account activity for the next 12 months.

Our records indicate a petition for Bankruptcy was filed on May 30, 2014. Pursuant to that petition, we have filed a proof of claim with the Bankruptcy court. Any shortage and/or deficiency listed under the Proof of Claim section will be excluded from your future scheduled escrow payment as these amounts will be added to your pre-petition arrearage and collected in your bankruptcy plan payment.

### ANTICIPATED DISBURSEMENTS
October 2018 to September 2019

| | |
|---|---:|
| COUNTY | $472.39 |
| HAZARD INS | $765.93 |
| **Total Disbursements** | **$1,238.32** |

Bankruptcy File Date: May 30, 2014

Pre-Petition Escrow Shortage/Deficiency as of Analysis Date: $0.00

\*Post Petition Beg Bal = The post-petition portion of the escrow starting balance

\*\*Beginning balance = Starting balance less any unpaid escrow disbursements

The Real Estate Settlement Procedures Act (RESPA) allows us to collect and maintain up to 1/6 of your total disbursements in your escrow account at all times, unless prohibited by state law. This cushion covers any potential increases in your tax and/or insurance disbursements. Cushion selected by servicer: $206.40.

### ESCROW ACCOUNT PROJECTIONS FOR THE NEXT 12 MONTH ESCROW CYCLE
Anticipated Activity

| Date | Payments to Escrow | Payments from Escrow | Description | Projected Balance |
|---|---:|---:|---|---:|
| Beginning Balance\*\* | | | | $367.52 |
| Post Petition Beg Bal\* | | | | $367.52 |
| 10/01/2018 | 103.20 | 0.00 | | 470.72 |
| 11/01/2018 | 103.20 | 0.00 | | 573.92 |
| 12/01/2018 | 103.20 | 472.39- | COUNTY | 204.73 |
| 01/01/2019 | 103.20 | 0.00 | | 307.93 |
| 02/01/2019 | 103.20 | 0.00 | | 411.13 |
| 03/01/2019 | 103.20 | 0.00 | | 514.33 |
| 04/01/2019 | 103.20 | 0.00 | | 617.53 |
| 05/01/2019 | 103.20 | 0.00 | | 720.73 |
| 06/01/2019 | 103.20 | 0.00 | | 823.93 |
| 07/01/2019 | 103.20 | 0.00 | | 927.13 |
| 08/01/2019 | 103.20 | 765.93- | HAZARD INS | 264.40 |
| 09/01/2019 | 103.20 | 0.00 | | 367.60 |
| **Total** | **$1,238.40** | **$1,238.32-** | | |

Under federal law, your lowest monthly balance in the escrow account should not have exceeded $206.40, or 1/6 of the total anticipated payments from your escrow account. Your lowest escrow balance was $204.73.

The escrow account has a post-petition shortage and/or deficiency. A deficiency, if applicable, is the amount of negative balance in the escrow account, which can occur when funds that have been paid from the escrow account exceed the funds paid to the escrow account. An escrow shortage occurs when the escrow balance is not enough to pay the estimated items and any additional reserve deposits that need to be paid during the next 12 months. The projected beginning balance of your escrow account is $367.52. Your required beginning balance according to this analysis should be $369.19. This means you have a shortage and/or deficiency of $1.67. For your convenience, we have spread this post-petition shortage and/or deficiency over the next 12 installments and included this amount in your escrow payment.

\*\*\*Continued on Reverse\*\*\*
INTERNET REPRINT

ESCROW ACCOUNT DISCLOSURE

This is a statement of actual activity in your escrow account from October 2017 to September 2018. This history compares the projections from your last escrow analysis or initial disclosure and the actual activity in your account. If a prior escrow analysis was not conducted during this historical period, the projected escrow balance will be zero.

### ACTUAL ESCROW ACCOUNT HISTORY

| Date | Payments to Escrow Projected | Payments to Escrow Actual | Payments from Escrow Projected | Payments from Escrow Actual | Description | Escrow Balance Projected | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| Beginning Balance | | | | | | $368.41 | $105.88 |
| 10/01/17 | 103.12 | 0.00* | 0.00 | 0.00 | | 471.53 | 105.88 |
| 11/01/17 | 103.12 | 104.32* | 0.00 | 472.39-* | COUNTY | 574.65 | 262.19- |
| 12/01/17 | 103.12 | 0.00* | 471.53- | 0.00* | COUNTY | 206.24 | 262.19- |
| 01/01/18 | 103.12 | 0.00* | 0.00 | 0.00 | | 309.36 | 262.19- |
| 02/01/18 | 103.12 | 0.00* | 0.00 | 0.00 | | 412.48 | 262.19- |
| 03/01/18 | 103.12 | 0.00* | 0.00 | 0.00 | | 515.60 | 262.19- |
| 04/01/18 | 103.12 | 0.00* | 0.00 | 0.00 | | 618.72 | 262.19- |
| 05/01/18 | 103.12 | 0.00* | 0.00 | 0.00 | | 721.84 | 262.19- |
| 06/01/18 | 103.12 | 104.32* | 0.00 | 0.00 | | 824.96 | 157.87- |
| 07/01/18 | 103.12 | 1,076.10* | 0.00 | 0.00 | | 928.08 | 918.23 |
| 08/01/18 | 103.12 | 0.00* | 765.93- | 0.00 | HAZARD INS | 265.27 | 918.23 |
| 09/01/18 | 103.12 | 0.00* | 0.00 | 0.00 | | 368.39 | 918.23 |
| **Total** | **$1,237.44** | **$1,284.74** | **$1,237.46-** | **$472.39-** | | | |

\* indicates a difference from a previous estimate either in the date or the amount.
\*\* indicates escrow payment made during a period where the loan was paid ahead.

**NOTE** – This analysis was prepared in advance of the escrow payment change date. Therefore, the projected beginning balance for the next 12 months estimates that you have paid all the required scheduled installments as shown in your actual account history and that all scheduled disbursements have been made from your escrow account.

THIS COMMUNICATION IS FROM A DEBT COLLECTOR AS WE SOMETIMES ACT AS A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. HOWEVER, IF YOU ARE IN BANKRUPTCY OR RECEIVED A BANKRUPTCY DISCHARGE OF THIS DEBT, THIS LETTER IS NOT AN ATTEMPT TO COLLECT THE DEBT. THIS NOTICE IS BEING FURNISHED FOR YOUR INFORMATION AND TO COMPLY WITH APPLICABLE LAWS AND REGULATIONS. IF YOU RECEIVE OR HAVE RECEIVED A DISCHARGE OF THIS DEBT THAT IS NOT REAFFIRMED IN A BANKRUPTCY PROCEEDING, YOU WILL NOT BE PERSONALLY RESPONSIBLE FOR THE DEBT. **COLORADO:** SEE WWW.COAG.GOV/CAR FOR INFORMATION ABOUT THE COLORADO FAIR DEBT COLLECTION PRACTICES ACT. Seterus, Inc. maintains a local office at 355 Union Boulevard, Suite 200, Lakewood, CO 80228. The office's phone number is 888.738.5576. **NEW YORK CITY:** 1411669, 1411665, 1411662. **TENNESSEE:** This collection agency is licensed by the Collection Service Board of the Department of Commerce and Insurance. Seterus, Inc. is licensed to do business at 14523 SW Millikan Way, Beaverton, OR 97005.

INTERNET REPRINT

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION**

| | |
|---|---|
| In Re | |
| **Carolyn Sue Arment,** Debtor. | Case No: 14-50265-btf13 |
| | Chapter 13 |
| **Seterus, Inc., as authorized subservicer for Federal National Mortgage Association ("Fannie Mae"),** its successors and assigns, Movant. | **CERTIFICATE OF SERVICE** |
| v. | |
| **Carolyn Sue Arment,** Debtor, | Kozeny & McCubbin, L.C. 12400 Olive Blvd., Suite 555 St. Louis, MO 63141 wdmo@km-law.com |
| and | |
| **Richard Fink,** Trustee, Respondents. | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Notice of Mortgage Payment Change and a copy of this pleading were served electronically via CM/ECF the 29th day of August, 2018 to the parties listed below:

Todd W. Griffee
Attorney for Debtor
3500 North Village Dr., Ste. 234
St. Joseph, MO 64506

Richard Fink
Trustee
2345 Grand Blvd., Suite 1200
Kansas City, MO 64108



Office of the US Trustee
U.S. Trustee
400 E. 9th St. Room 3440
Kansas City, MO 64106

And delivered via regular U.S. Mail on August 29, 2018 to:

Carolyn Sue Arment
Debtor
3207 Normandy Street
Saint Joseph, MO 64505

                          Respectfully submitted,

                          /s/Dustin Stiles
                          Jonathon B. Burford, #59337
                          Dustin Stiles, #63272
                          Attorneys for Movant
                          12400 Olive Blvd., Suite 555
                          St. Louis, MO 63141
                          Phone: (314) 991-0255
                          Fax:  (314) 567-8019
                          wdmo@km-law.com

